AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LARRY E. HOWARD and JOAN M. HOWARD,

                Plaintiffs,

v.

UNITED STATES OF AMERICA,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-365-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment is Denied; Defendant's Motion for Summary Judgment is Granted pursuant to Order entered July 30, 2010 Ct. Rec. 36.

July 30, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters